# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

INFORMED CONSENT ACTION NETWORK,

      Plaintiff,

v.

CENTERS FOR DISEASE CONTROL AND
PREVENTION AND HEALTH AND HUMAN
SERVICES,

      Defendants.

Civil Action No. 1:21-cv-01179-RP

## DECLARATION OF MATTHEW CARDOZO

Pursuant to 28 U.S.C. § 1746, I, Matthew Cardozo, declare the following to be a true and correct statement of facts to the best of my knowledge and belief:

1. As a Senior Developer and Engineering Manager since November 2020, I make this declaration based upon my personal knowledge and upon information available to me in my capacity as an Oracle employee.

2. I am an Engineering Manager at Oracle. In that capacity, part of my work assignments since November 2020 have involved the development of an after-vaccine health checker application used and known by CDC as "v-safe."

3. CDC's use of v-safe includes access to a reporting dashboard ("Dashboard"). The Dashboard is a display that allows CDC staff to see certain high-level summary information about the data tracked by the v-safe program. The Dashboard data only describe at a high level certain information about the nature and quantity of the underlying data that the v-safe program has tracked, collected, and stored in the application's cloud-based environment; as such, the Dashboard data exists independent of the underlying data it describes. The Dashboard displays summary

information, typically numbers, that describe the data in some fashion. For example, the Dashboard may display the total number of individuals who have registered with v-safe in a given time period. Figure 1, below, shows an excerpt of how the Dashboard might appear to CDC users, with randomly generated numbers that have been inserted for illustrative purposes only. The Dashboard information re-generates every two hours over the course of a day, although some of the information in the Dashboard is based on totals from the v-safe data as of the previous day. Therefore, some of the data displayed on the Dashboard may be as old as one day old at any given time.

Figure 1

### v-safe Reporting

Manufacturer  All          Dose  All

#### Summary

| | Today | Yesterday | Total as of Yesterday | Total |
|---|---|---|---|---|
| Registrants (verified) | 0 | 0 | 2,872,701 | 2,872,701 |
| Registrants (Dependent) | 0 | 0 | 201 | 201 |
| Registrants (under 12) | 0 | 0 | 503,089 | 503,089 |
| Unverified Registrants | 0 | 0 | 78,421 | 78,421 |
| Dose 1 | 0 | 0 | 2,881,379 | 2,881,379 |
| Dose 2 | 0 | 0 | 192 | 192 |
| Dose 3 | 0 | 0 | 60 | 60 |
| Dose 4 | 0 | 0 | 8 | 8 |
| Dose 5 | 0 | 0 | 6 | 6 |
| Registrants with at least one Check-in | 0 | 0 | 1,017,546 | 1,017,546 |
| Total Health Check-ins Completed | 0 | 0 | 1,306,723 | 1,306,723 |
| Pregnant | 0 | 0 | 337,442 | 337,442 |

Illustrative Data Only

4.     When the Dashboard refreshes, the summary information in the Dashboard gets replaced by newly generated information. The replaced information does not get archived or stored at Oracle or in the cloud environment where v-safe resides. The Dashboard is also built such that CDC cannot view, download, print, or otherwise save or capture the data that was previously displayed on the Dashboard prior to being refreshed.

5.      Access to the Dashboard occurs within the v-safe application and technical controls limit access to the v-safe application to authorized users.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of March 2023.

Matthew Cardozo