IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INFORMED CONSENT ACTION NETWORK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-1179-RP |
| CENTERS FOR DISEASE CONTROL AND PREVENTION and HEALTH AND HUMAN SERVICES, | § § § § § § | |
| Defendants. | § § | |

### ORDER

The Court's order directing Plaintiff Informed Consent Action Network to show cause, (Dkt. 34), is **VACATED**.

**SIGNED** on April 4, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE